Samuel M. Forstein, Assistant General Counsel
Matthew S. Ferguson, Senior Counsel
U.S. Securities and Exchange Commission
Office of the General Counsel
100 F Street NE
Washington, DC  20549
Tel.: 202-551-3840
Fax: 202-772-9263
ForsteinS@sec.gov
FergusonMA@sec.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GUY GENTILE, | |
| Plaintiff, | Hon. Jose L. Linares |
| v. | Civil Action No. 19-5155 |
| U.S. SECURITIES AND EXCHANGE COMMISSION, | |
| Defendant. | |

**DECLARATION OF MATTHEW S. FERGUSON IN SUPPORT OF THE SECURITIES AND EXCHANGE COMMISSION'S (1) OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND (2) ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to 28 U.S.C. §1746, Matthew S. Ferguson, counsel to defendant the Securities and Exchange Commission in the above-captioned matter, in order to place certain information and documents before the Court for consideration, declares the following:

1.   I am an attorney with the Office of the General Counsel at the Securities and Exchange Commission, counsel to defendant the Securities and Exchange Commission in this matter, and I am admitted to practice in this Court pursuant to Local Rule 101.1(f).

2.   Annexed hereto as Exhibit 1 is a true and correct copy of the Initial Disclosures in *SEC v. Gentile*, Civ. Case No. 16-1619 (D.N.J.).

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Docket in *SEC v. Gentile*, Civ. Case No. 16-1619 (D.N.J).

4. Annexed hereto as Exhibit 3 is a true and correct copy of the September 1, 2017 subpoena issued by the SEC's Miami Regional Office to Carla Marin.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the September 18, 2017 Opinion and Order in *SEC v. Gentile*, Civ. Case No. 16-1619 (D.N.J.).

6. Annexed hereto as Exhibit 5 is a true and correct copy of Litigation Release No. 24380, "SEC Files Subpoena Enforcement in Possible Market Manipulation Scheme," *SEC v. Cherubim Interests, Inc.*, No. 2:18-mc-00175 (C.D. Cal. filed Dec. 21, 2018) (released Dec. 26, 2018) (*available at* https://www.sec.gov/litigation/litreleases/2018/lr24380.htm).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 29, 2019

_____
Matthew S. Ferguson