UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GUY GENTILE,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Defendant. | Hon. Jose L. Linares<br><br>Civil Action No. 19-5155 |

**[PROPOSED] ORDER GRANTING DEFENDANT SECURITIES AND EXCHANGE COMMISSION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND DISMISSING THE COMPLAINT**

THIS MATTER having been brought before the Court on the motion of Defendant Securities and Exchange Commission for an Order pursuant to Federal Rules of Civil Procedure. 12(b)(1) and 12(b)(6) dismissing the Complaint; and the Court having considered the submissions of the parties, and the arguments of the counsel, if any; and for good cause shown,

IT IS, on this _____ day of _____, 2019;

ORDERED that Defendant's motion to dismiss is GRANTED; and it is further

ORDERED that the Complaint is hereby Dismissed with Prejudice as to Defendant.

_____
HON. JOSE L. LINARES, U.S.D.J.