UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GUY GENTILE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Defendant. | Civil Action No.: 19-cv-05155 (JLL/JAD)<br><br>Judge Linares<br><br>**Notice of Appeal to the U.S.**<br>**Court of Appeals for the Third Circuit** |

　　　　Notice is hereby given that Mr. Guy Gentile appeals to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court, District of New Jersey, entered in this action on May 14, 2019. `

Dated: Thursday, May 30, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Adam C. Ford
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Adam C. Ford
　　　　　　　　　　　　　　　　　　　　　　　　　　　FORD O'BRIEN LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　575 5th Avenue, 17 Fl.
　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　　　　　　　　aford@fordobrien.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 858-0040

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Guy Gentile*

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Appeal, dated May 30, 2019, to be served on Defendant by emailing a copy of the same to Defendant's representative, Matthew Scott Ferguson, at fergusonma@sec.gov, this 30th day of May 2019.

_____
Adam C. Ford